[No. 18731.   Department Two.   February 19, 1925.]

THE CITY OF SPOKANE, *Respondent*, v. CHARLES DALE, *Appellant*.[1]

Appeal from a judgment of the superior court for Spokane county, Oswald, J., entered March 9, 1921, upon a trial and conviction of the unlawful possession of intoxicating liquor. Affirmed.

*W. C. Donovan*, for appellant.

*J. M. Geraghty* and *Arthur L. Hooper*, for respondent.

MACKINTOSH, J.—The two points raised by the appellant have been heretofore decided adversely to him, one by the cases of *Seattle v. Hewetson*, 95 Wash. 612, 164 Pac. 234; *Seattle v. Brookins*, 98 Wash. 290, 167 Pac. 940; *State v. Montgomery*, 121 Wash. 617, 209 Pac. 1019; *Woods v. Seattle*, 270 Fed. 315; the other by the case of *State v. Misetrich*, 124 Wash. 470, 215 Pac. 13.

Judgment affirmed.

FULLERTON, MITCHELL, MAIN, and HOLCOMB, JJ., concur.